# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

WILLIAM R. DAVIES,

    Plaintiff,

v.                                         CASE NO.  4:07cv524-RH/WCS

SUSAN L. SMITH, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 10) and the objections (document 11), as well as plaintiff's motion (document 12) for leave to file a proffered second amended complaint (document 13).  I have reviewed the issues de novo.

I conclude that plaintiff's first amended complaint fails to state a claim on which relief may be granted, as the report and recommendation correctly asserts.  In addition, for essentially the same reasons, the proposed second amended complaint fails to state a claim on which relief may be granted.  Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The clerk shall enter judgment, shall note that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and shall close the file.

SO ORDERED this 11th day of April, 2008.

s/Robert L. Hinkle
Chief United States District Judge